**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Patricia A. Kutschke** | Social Security number or ITIN  **xxx–xx–5240** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **18–11015–TPA**

# Order of Discharge                                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Patricia A. Kutschke

4/24/19                                                                         **By the court:**   Thomas P. Agresti
                                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-11015-TPA
Patricia A. Kutschke                                                    Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: admin              Page 1 of 2              Date Rcvd: Apr 24, 2019
                               Form ID: 318             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2019.
```
db             +Patricia A. Kutschke,    PO Box 384,    Warren, PA 16365-0384
14924021        AT&T Mobility,    Glenridge Highlands Two, 5565,    Atlanta, GA 30342
14924020       +Associated Credit Services,    115 Flanders Road, STE 140,    Westborough, MA 01581-1087
14924022       #+Betty Flasher,    9116 Jackson Run Road,    Sugar Grove, PA 16350-5042
14924024       +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
14924026       ++NATIONAL FUEL GAS DISTRIBUTION CORPORATION,    ATTN BANKRUPTCY DEPT,    6363 MAIN STREET,
                 WILLIAMSVILLE NY 14221-5887
                (address filed with court:  National Fuel,    PO Box 371835,    Pittsburgh, PA 15250-7835)
14924029        PNC Bank,    PO Box 1820,    Dayton, OH 45401-1820
14924027        Penelec,    PO Box 3687,    Akron, OH 44309-3687
14924028        Penn Credit Corporation,    P.O. Box 69703,    Harrisburg, PA 17106-9703
14924030       +Quality Asset Recovery,    7 Foster Ave, STE 101,    Gibbsboro, NJ 08026-1191
14924031       #+Regency Finance Company,    210 Liberty Avenue,    PO Box 607,    Warren, PA 16365-0607
14924034       +Warren General Hospital,    Two Cresent Park West,    PO Box 68,    Warren, PA 16365-0068
14924035       +Warren Medical Group,    103 W St. Clair, Room 2A,    Warren, PA 16365-2188
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QJBSPERO.COM Apr 25 2019 05:58:00      Joseph B. Spero,    3213 West 26th Street,
                 Erie, PA 16506-2507
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 25 2019 02:15:14      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14924019        EDI: AFNIRECOVERY.COM Apr 25 2019 05:58:00      AFNI, Inc.,    1310 Martin Luther King Drive,
                 P.O. Box 3517,    Bloomington, IL 61702-3517
14924023       +EDI: ESSL.COM Apr 25 2019 05:58:00      Dish Network,    PO Box 94063,    Palatine, IL 60094-4063
14924025        EDI: IIC9.COM Apr 25 2019 05:58:00      IC System, Inc.,    444 Highway 96 East,    P.O. Box 64437,
                 Saint Paul, MN 55164-0437
14924032       +EDI: VERIZONCOMB.COM Apr 25 2019 05:58:00      Verizon Bankruptcy,    PO Box 3037,
                 Bloomington, IL 61702-3037
14924033       +E-mail/Text: pgilbert@warren-county.net Apr 25 2019 02:16:01
                 Warren County Tax Claims Bureau,    204 Fourth Avenue,    Warren, PA 16365-2399
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL     ASSOCIATION
aty*           +Joseph B. Spero,    3213 West 26th Street,    Erie, PA 16506-2507
                                                                                  TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL     ASSOCIATION bkgroup@kmllawgroup.com
              Joseph B. Spero    on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com,
               jspero@ecf.axosfs.com;legalmom18@hotmail.com
              Joseph B. Spero    sperolaw@neohio.twcbc.com,    jspero@ecf.axosfs.com;legalmom18@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-1          User: admin               Page 2 of 2              Date Rcvd: Apr 24, 2019
                              Form ID: 318              Total Noticed: 20

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sara J. Flasher    on behalf of Debtor Patricia A. Kutschke sarajaneflasher@aol.com,
               doubleflash@aol.com;flashersr78776@notify.bestcase.com
                                                                                             TOTAL: 5
```